S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
JESSE K. COX – SBN 285218
jcox@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

ATTORNEYS FOR DEFENDANTS CITY OF PALM SPRINGS, OFFICER DAVID ETCHASON, AND OFFICER MICHAEL HERON

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ANA LAVENANT and JOSE ORTIZ, individually and as successor in interest of ABRAHAM ORTIZ, deceased,<br><br>             Plaintiffs,<br><br>       v.<br><br>CITY OF PALM SPRINGS; DAVID ETCHASON; MICHAEL HERON; and, DOES 1-10<br><br>             Defendants. | Case No. 5:17-CV-02267-KK<br><br>Assigned to the Hon. Kenly Kiya Kato<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Action Filed: November 6, 2017<br>Trial Date:    February 8, 2021 |

**[PROPOSED] ORDER**

Pursuant to the STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) ("Stipulation") entered into by the parties, and good cause appearing therefor, the Court now orders as follows:

The above-captioned action is dismissed in its entirety with prejudice as against Defendant OFFICER DAVID ETCHASON, Defendant OFFICER MICHAEL HERON, and Defendant CITY OF PALM SPRINGS; and

Plaintiffs ANA LAVENANT and JOSE ORTIZ, as individuals and as the Successors In Interest to Decedent ABRAHAM ORTIZ, and Defendants OFFICER DAVID ETCHASON, OFFICER MICHAEL HERON, and CITY OF PALM SPRINGS shall each be responsible for their respective costs of suit and attorneys' fees and any other costs or obligations which they may each have incurred as a result of the Causes of Action asserted by Plaintiffs.

**IT IS SO ORDERED**.

DATED:  August 20, 2020

_____
HON. KENLY KIYA KATO
United States Magistrate Judge

4831-4838-3176, v. 1